COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-233-CV

CENTRAL RESERVE LIFE APPELLANT

INSURANCE COMPANY

V.

UNITED REGIONAL HEALTH APPELLEE

CARE SYSTEM, INC. 

----------

FROM THE 78
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue.

PER CURIAM 

PANEL D: DAY, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED: October 23, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.